UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL SMITH | ) | CASE NO. 1:21-CV-160 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | **ATTORNEY JAMES J. HUX** |
| | ) | **MOTION TO WITHDRAW AS** |
| CUYAHOGA COUNTY | ) | **COUNSEL FOR PLAINTIFF** |
| | ) | |
| Defendants. | ) | |

Attorney James J. Hux, hereby respectfully moves this Honorable Court for an order permitting their withdrawal as counsel in the above captioned proceeding, effective as of July 27, 2021. For cause, Counsel submits that he has terminated the attorney-client relationship in accordance with Ohio Rules of Professional Conduct Rule ("ORPC") 1.16. Counsel has informed Smith that he is withdrawing pursuant to ORPC 1.16 and has provided Smith with a copy of this motion. Counsel's withdraw would not prejudice Smith and Counsel respectfully ask that the Court grant Smith a period of at least 30 days to seek out new representation.

Respectfully submitted,

  s//*James J. Hux*
James J. Hux (0092992)
**HUX LAW FIRM, LLC**
3 Severance Circle #18147
Cleveland Heights, Ohio 44118
Phone: (937) 315-1106
Fax:    (216) 359-7760
Email: jhux@huxlawfirm.com

*Attorney For Plaintiff Paul Smith*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 27th day of July 2021, a copy of the foregoing was filed electronically. Plaintiff has received a copy via electronic mail. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's filing system.

                                                       *s// James J. Hux*
                                                  James J. Hux (0092992)