Dear Paul:

You have been referred to the following Attorney(s). Please save the referral number(s) for any future reference.

Referral #: 2686386.

|  | Matt Hurm<br>Hurm Law Firm, LLC<br><br>Office<br>750 Prospect Ave. E., Suite 306<br>Cleveland, OH 44115<br>Office Phone: (216) 860-1922<br>LRS Line: (216) 860-1922<br><br>LRS Email: matt@hurmlawfirm.com<br>Law School: University of Minnesota Law School<br>Graduation Date: 05/10/2010 | Fields of Practice:<br>- Employment Law<br>  - ADA - Employment |
|---|---|---|

Would you like to receive Newsletters? Click here to sign up.

Please Do Not Reply to this e-mail. If you have any questions, please contact us via e-mail.

 paul Smith <silence9244@gmail.com>

## Cleveland Metropolitan Bar Association Attorney Referral

2 messages

**CMBA Lawyer Referral Service** <noreply@t.cmba.membercentral.org>  Fri, Jul 30, 2021 at 12:33 PM
Reply-To: lrs1@clemetrobar.org
To: "Smith, Paul" <silence9244@gmail.com>

### Cleveland Metropolitan Bar Association Attorney Referral

Dear Paul:

You have been referred to the following Attorney(s). Please save the referral number(s) for any future reference.

Referral #: 2686381.



| | Peter Mapley<br>Sobel, Wade & Mapley, LLC<br><br>Office<br>55 Erieview Plaza, Suite 370<br>Cleveland, OH 44114<br>Office Phone: (216) 223-7213<br>LRS Line: (216) 223-7213<br><br>LRS Email:<br>mapley@swmlawfirm.com<br>Law School: Cleveland-Marshall College of Law | Fields of Practice:<br>- Employment Law<br>   - ADA - Employment |

Would you like to receive Newsletters? Click here to sign up.

Please Do Not Reply to this e-mail. If you have any questions, please contact us via e-mail.

---

**CMBA Lawyer Referral Service** <noreply@t.cmba.membercentral.org>  Fri, Jul 30, 2021 at 12:40 PM
Reply-To: lrs1@clemetrobar.org
To: "Smith, Paul" <silence9244@gmail.com>

### Cleveland Metropolitan Bar Association Attorney Referral



paul Smith <silence9244@gmail.com>

## Declination Letter from The Chandra Law Firm LLC to Paul Smith
1 message

**Jamie Screen** <jamie.screen@chandralaw.com>　　　　　　　　　　　Wed, Aug 4, 2021 at 10:32 AM
To: silence9244@gmail.com

Dear Mr. Smith:

Thank you for contacting the Chandra Law Firm LLC. We're sorry to hear what you're experiencing. We receive a high volume of inquiries daily and, as a small law firm, are not able to investigate or accept every case. We have reviewed the information you provided and determined, with regret, that this is not a matter our firm can handle. A number of factors may go into our decision including attorney availability and responsibilities to current clients, the investigation required, risk assessment, the jurisdiction, measurable economic damages, and whether our particular experiences are a good fit for the particular case.

We are honored that you reached out to us and wish you the best of luck in your efforts to secure the right representation.

Given our decision, no attorney-client relationship has been established between us, and you must not rely on anything said during our communications as legal advice. We have not fully investigated all of the facts and we express no opinion on the merits of your matter.

We hasten to give you our decision so you may retain other counsel if you wish to proceed. Note that you may have important deadlines approaching.

We wish you all the very best and hope you resolve the matter to your satisfaction.

 Gmail

paul Smith <silence9244@gmail.com>

## Hi Paul, Important Notice from Nilges Draher LLC
1 message

**Gina Driggers -** <gdriggers@ohlaborlaw.com>  Thu, Aug 5, 2021 at 11:25 AM
Reply-To: gdriggers@ohlaborlaw.com
To: silence9244@gmail.com



Date: 08/05/2021

Re: Cuyahoga County Public Works

Dear Paul:

We are sorry, but we are unable to accept your employment case. Unfortunately, we cannot take every case. Our decision does not necessarily mean that you do not have a case. The practice of law is an art, not a science, and we may be wrong.

Please understand that any claim that you might have is governed by a statute of limitations. If you do not preserve the statute of limitations by filing your case in the appropriate court, your claim will be barred. If it is your intention to proceed with your employment case, you should act immediately.

If you were referred to us by another law firm, that law firm will continue to represent you other active matters, if any.

Thank you for the opportunity to speak with you.

Respectfully,


Nilges Draher LLC
Christopher Lalak
clalak@ohlaborlaw.com
(330) 470-4428


Getting too many emails from Law Ruler? Unsubscribe



Ashlie Case Sletvold | Partner
1422 Euclid Ave, Suite 1610, Cleveland, OH 44115
216-260-0808    216-258-0161    asletvold@peifferwolf.com

August 12, 2021

*Via e-mail and U.S. Mail*

Paul Smith
5556 Broadview Rd., Apt. 3423
Parma, OH 44134
silence9244@gmail.com

Re:    Concluding representation

Dear Mr. Smith:

As we discussed this morning, based on our review of the case file received from Mr. Hux and our discussion with your workers'-compensation counsel, we will not be taking over representation in your federal matter, *Smith v. Cuyahoga County*, N.D. Ohio Case No. 1:21-cv-00160-JG.

Please allow this correspondence to confirm that, effective today, we are terminating our attorney-client relationship per ¶ 5.a of our retainer agreement. We will continue to maintain the confidentiality of our communications.

Mr. Hux remains your counsel of record in the federal case and you should continue to follow up with him regarding next steps. We have advised him that we will not be noticing our appearance.

We are sorry that we are unable to assist you. We wish you the best of luck in your efforts to return to work.

Very truly yours,

*[signature]*

Ashlie Case Sletvold

---

Peiffer Wolf Main Office
1519 Robert C. Blakes Sr. Dr.
New Orleans, LA 70130
Main: (504) 523-2434

Los Angeles
(415) 766-3545

Cleveland
(216) 589-9280

San Francisco
(415) 766-3544

St. Louis
(314) 669-3600

New York
(585) 310-5140

Austin
(512) 535-6608

 paul Smith <silence9244@gmail.com>

## Welcome to 411 Legal
1 message

**support@411legal.net** <support@411legal.net>   Thu, Aug 12, 2021 at 6:24 PM
To: silence9244@gmail.com

Dear Paul Smith,

Welcome to 411 Legal. You and your family now have access to free and discounted legal products, information and services, through one of the most respected Legal Service Plans in the United States.

To receive a list of attorneys that offer free consultations, complete the 3 following steps from your mobile phone:

1. Login to our member website by clicking on the following link: www.411legal.net and entering your username: 2995808 & password: 2163242085.
2. Complete and submit the "Attorney Request Form".
3. A list of attorneys will then be compiled and delivered to your mobile phone by text message.

Should you need further assistance, please contact us: Monday through Friday, 5:00am-5:00pm, PST. You can also email us 24hrs at: support@411legal.net.

Sincerely,
411 Legal,
800-210-3065

 paul Smith &lt;silence9244@gmail.com&gt;

## Cleveland Metropolitan Bar Association Attorney Referral
1 message

**CMBA Lawyer Referral Service** &lt;noreply@t.cmba.membercentral.org&gt;      Tue, Aug 17, 2021 at 1:28 PM
Reply-To: lrs1@clemetrobar.org
To: "Smith, Paul" &lt;silence9244@gmail.com&gt;

## Cleveland Metropolitan Bar Association Attorney Referral

Dear Paul:

You have been referred to the following Attorney(s). Please save the referral number(s) for any future reference.

Referral #: 2693429.



| | Shawn A Romer<br><br>Office<br>4106 Bridge Ave<br>Cleveland, OH 44113<br>Office Phone: 216-644-3722<br>LRS Line: (216) 644-3722<br><br>LRS Email:<br>sromer@romerlawfirm.com<br>Law School: Cleveland-Marshall College of Law | Fields of Practice:<br>- Employment Law<br>   - ADA - Employment<br>   - Federal Courts |
|---|---|---|

Would you like to receive Newsletters? Click here to sign up.

Please Do Not Reply to this e-mail. If you have any questions, please contact us via e-mail.



paul Smith <silence9244@gmail.com>

## The Spitz Law Firm
1 message

**Timothy Guy** <Timothy@spitzlawfirm.com>     Tue, Aug 17, 2021 at 2:34 PM
To: "silence9244@gmail.com" <silence9244@gmail.com>
Cc: Tanisha Baskin <Tanisha@spitzlawfirm.com>, Star Hicks <Star@spitzlawfirm.com>

Hello Paul,

This is a reminder of your scheduled telephone conference with Attorney Kelly Wilson on 8/19 at 12pm.

If you have any questions or concerns before your consultation, please do not hesitate to reach out.

*Best,*

*Timothy Guy*



**Timothy Guy**
Intake Specialist

(216) 291-4744 ext. 178

Locations • Website

The Employee's Attorney™

8/26/2021 — Gmail - OELA referral

 Gmail

paul Smith <silence9244@gmail.com>

## OELA referral
1 message

**Donna Peacock** <FirmAdmin@ekrtlaw.com>　　　　　　　　　　　　　　Thu, Aug 19, 2021 at 12:02 PM
To: "silence9244@gmail.com" <silence9244@gmail.com>

Good afternoon Mr. Smith,

The attorneys in our office have reviewed your information and unfortunately are unable to assist you in your employment matter. They recommend you use the Ohio Employment Law Association website: www.ohioela.org to find other employment attorneys in Ohio who may be able to assist you.

Thank you for contacting the firm.

Respectfully,

Donna Peacock

Office Administrator

Elfvin, Klingshirn, Royer & Torch, LLC

Summit One Building

4700 Rockside Road, Suite 530

Independence, OH  44131

Phone: 216.382.2500

Fax:　　216.381.0250

Email:　Donna@ekrtlaw.com